IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY N. WIDEMOND,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0185

Opinion filed August 25, 2017.

An appeal from the Circuit Court for Baker County.
Mark W. Moseley, Judge.

Anthony N. Widemond, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.